IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEE CALLEGARI,      No. 2:99-cv-1686-MCE-PAN-P

    Petitioner,

  v.      <u>ORDER</u>

ANTHONY LAMARQUE, Warden,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 30, 2005, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 | Neither party has filed Objections to the Findings and
2 | Recommendations.
3 |    Although it appears from the file that Petitioner's copy of
4 | the Findings and Recommendations were returned, Petitioner was
5 | properly served.  It is the Petitioner's responsibility to keep
6 | the Court apprised of his current address at all times.  Pursuant
7 | to Local Rule 83-182(f), service of documents at the record
8 | address of the party is fully effective.
9 |    The Court has reviewed the file and finds the Findings and
10 | Recommendations to be supported by the record and by the
11 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 | that:
13 |    1.  The Findings and Recommendations filed November 30,
14 | 2005, are adopted in full;
15 |    2.  Petitioner's October 14, 2003, Motion for Leave to File
16 | an Amended Petition is denied and this matter shall proceed on
17 | Petitioner's August 30, 1999, petition.
18 | DATED: January 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2