```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814-2510
 4  Telephone: (916) 498-5700
    Facsimile: (916) 498-5710
 5
 6
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL LEE CALLEGARI, | ) | No. 2:99-cv-1686-MCE-PAN |
|     Petitioner, | ) | |
| v. | ) | **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL** |
| ANTHONY LAMARQUE, Warden, | ) | |
|     Respondents. | ) | |
| _____ | ) | |

Pursuant to the request of counsel, and good cause appearing therefor, it is hereby ORDERED that the Office of the Federal Defender and David M. Porter are granted leave to withdraw as counsel for Petitioner, Carl Lee Callegari, and are hereby relieved.  The Notice of Appeal having been filed on April 6, 2006, Mr. Callegari shall henceforth represent himself.

///

///

///

///

///

The clerk is directed to serve all notices on Mr. Callegari to:

    Carl Lee Callegari
    E-42616
    SVSP-3
    P.O. Box 1020
    Soledad, CA 93960- 1020

DATE:  May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE